**Order entered February 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00147-CV

## IN RE LEONEL MOLINA, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05498-A**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen

Before the Court is relator's petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus **by February 21, 2019.**

/s/     BILL WHITEHILL
        JUSTICE